FILED: December 9, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2410
(8:20-cv-02062-PJM)
_____

DEIDRA R. SQUIRE

    Plaintiff - Appellant

v.

IDENTITY, INC.; FRESIA GUZMAN, Director of Youth Centers; CAROLYN CAMACHO, Director of Youth Centers; CANDANCE KATTER, Former Senior Program Director; DIEGO URIBURU, Executive Director

    Defendants - Appellees

and

JOHN DOE DEFENDANTS; JANE DOE DEFENDANTS

    Defendants

_____

M A N D A T E
_____

The judgment of this court, entered November 17, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*